659 A.2d 470

IN THE MATTER OF RONALD M. SALZER,
AN ATTORNEY AT LAW.

June 21, 1995.

### ORDER

**RONALD M. SALZER** of **HACKENSACK,** who was admitted to the bar of this State in 1983, having been ordered to show cause on June 20, 1995, why this Court's Order of temporary suspension should not be continued pending the disposition of ethics proceedings against him, and respondent having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that the suspension of **RONALD M. SALZER** continue pending further Order of this Court; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of his suspension and that he continue to comply with *Rule* 1:20–20 dealing with suspended attorneys.